Armand George Skol, SBN 058974
William A. Lapcevic, SBN 238893
ARATA, SWINGLE, SODHI & VAN EGMOND
A Professional Law Corporation
912 11th Street, First Floor (95354)
Post Office Box 3287
Modesto, California  95353
Telephone: (209) 522-2211
Facsimile:  (209) 522-2980

Attorneys for Defendant
Foster Poultry Farms, A California Corporation

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MARIA ESCRIBA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FOSTER POULTRY FARMS,<br>A CALIFORNIA CORPORATION,<br><br>　　　　Defendant. | Case No.: 1:09-CV-01878-OWW-GSA<br><br>ORDER ON EX PARTE APPLICATION TO CONTINUE HEARING DATE FOR CROSS MOTIONS FOR SUMMARY JUDGMENT<br><br>Current Hearing Date:　　May 9, 2011<br>Requested Hearing Date: June 6, 2011<br>Time:　　　　　　　　　10:00 a.m.<br>Courtroom:　　　　　　　　3<br><br>Presiding:　　Hon. Oliver W. Wanger<br><br>Trial Date:　　June 28. 2011 |

　　　　The court having considered Defendant Foster Poultry Farms Ex Parte Application to

Continue Hearing on Cross Motions for Summary Judgment and Plaintiff Maria Escriba's

opposition finds as follows:

　　　　WHEREAS, Defendant's Motion for Summary Judgment and Plaintiff's Motion

for Summary Judgment are scheduled for hearing before this Court on May 9, 2011;

　　　　WHEREAS, due to the schedule of Defendant's counsel, Defendant requested

ORDER ON DEFENDANT'S EX PARTE APPLICATION TO CONTINUE HEARING DATE
FOR CROSS MOTIONS FOR SUMMARY JUDGMENT - 1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff agree to continue the current hearing date of May 9, 2011 on cross motions for summary judgment;

WHEREAS, Plaintiff has refused to stipulate to continue the hearing date; and

WHEREAS, this is the first request for a continuance of the hearing on Defendant's and Plaintiff's Cross Motions for Summary Judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The hearing on Defendant's Motion to continue hearing on Cross Motions for Summary Judgment is granted.

2. The hearing on Defendant's and Plaintiff's cross motions for summary judgment shall be continued to May 13, 2011 at 12:00 p.m. in Courtroom 3.

IT IS SO ORDERED.

Dated: April 29, 2011            /s/ OLIVER W. WANGER
                                 UNITED STATES DISTRICT JUDGE

ORDER ON DEFENDANT'S EX PARTE APPLICATION TO CONTINUE HEARING DATE
FOR CROSS MOTIONS FOR SUMMARY JUDGMENT - 2

PDF created with pdfFactory trial version www.pdffactory.com