**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA ESCRIBA, | 1:09-cv-1878 OWW MJS |
| Plaintiff, | AMENDMENT TO FINAL PRETRIAL ORDER |
| v. | |
| FOSTER POULTRY FARMS, a California corporation, | Motion in Limine Date: 6/24/11 12:00 Ctrm. 3 |
| Defendant. | Trial Date: 6/28/11 9:00 Ctrm. 3 (JT-10 days) |

Pursuant to the request of Plaintiff's counsel, the Final Pretrial Order filed herein on June 14, 2011 is amended as follows:

On page 41, line 26: "Carlos Bernejo" should be changed as follows: "Carlos Bermejo (expert witness)."

Add the text of paragraph 38 on page 48 to paragraph 8 on page 46, so that new paragraph 8 reads: "8. Documents for Leave of Absences. Plaintiff will seek to exclude these documents via motion in limine but includes them here in the event they are not excluded."

Also, the following exhibits are added to the Plaintiff's exhibit list:

- Airline receipt, Bates No. Escriba 0098.
- Collective Bargaining Agreement, Bates No. FPF000279-

1

310.

- **Time and Pay Records, Bates No. FPF000182-259 (also on Defendant's Exhibit list).**

IT IS SO ORDERED.

**Dated:  June 16, 2011**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE