Armand George Skol, SBN 58974
William A. Lapcevic, SBN 238893
**ARATA, SWINGLE, SODHI & VAN EGMOND**
**A Professional Law Corporation**
912 11th Street, First Floor
Post Office Box 3287
Modesto, California 95353
Telephone:  (209) 522-2211
Facsimile:  (209) 522-2980

Carmine R. Zarlenga (*Pro Hac Vice*)
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006
Telephone:  (202) 263-3000
Facsimile:   (209) 263-5227

Maritoni D. Kane (*Pro Hac Vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7138
**Attorneys for Defendant**

**Attorneys for Defendant**
**Foster Poultry Farms**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARIA ESCRIBA | Case No. C1:09-CV-01878-OWW-MJS |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND DEFENDANT'S RESPONSE TIME TO PLAINTIFF'S FURTHER BRIEFING REGARDING DEFENDANT'S FAILURE TO DISCLOSE THE TWO GUATEMALAN INVESTIGATORS |
| FOSTER POULTRY FARMS, A CALIFORNIA CORPORATION, | |
| Defendants. | |
| _____/ | Trial Date:  July 13, 2011<br>Time:        9:00 a.m.<br>Courtroom: 3 |

Plaintiff Maria Escriba filed a Further Briefing Regarding Defendant's Failure to Disclose the Two Guatemalan Investigators on June 28, 2011.  Defendant's response to this further briefing is July 1, 2011.

-1-
Stipulation and Order

Counsel for all parties stipulate that the response to Plaintiff's Further Briefing Regarding Defendant's Failure to Disclose the Two Guatemalan Investigators will be extended to July 5, 2011.

DATED: July 1, 2011                    ARATA, SWINGLE, SODHI & VAN EGMOND
                                       A Professional Law Corporation


                                       By:  /s/William A. Lapcevic
                                            WILLIAM A. LAPCEVIC
                                            Attorneys for Defendant

DATED: July 1, 2010                    THE LEGAL AID SOCIETY EMPLOYMENT
                                       LAW CENTER


                                       By:  /s/Sharon Terman
                                            Sharon Terman
                                            Attorneys for Plaintiff Maria Escriba


IT IS SO ORDERED.

   Dated:  **July 8, 2011**                        **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE