Robert Borton, State Bar No. 53191
Elizabeth Kristen, State Bar No. 218227
Sharon Terman, State Bar No. 237236
THE LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 864-8848
Facsimile:  (415) 593-0096

Attorneys for Plaintiff
Maria Escriba

Armand George Skol, State Bar No. 058974
William A. Lapcevic, State Bar No. 238893
ARATA, SWINGLE, SODHI & VAN EGMOND
912 11TH Street, First Floor (95354)
Post Office Box 3287
Modesto, CA 95353
Telephone: (209) 522-2211
Facsimile: (209) 522-2980

Attorneys for Defendant
Foster Poultry Farms, A California Corporation

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MARIA ESCRIBA, | No.: 1:09-CV-01878-OWW-MJS |
| Plaintiff, | **JOINT STIPULATION AND ORDER AMENDING PRE-TRIAL STATEMENT TO ALLOW ADDITIONAL EXHIBIT AND TO WITHDRAW/MODIFY CERTAIN OBJECTIONS** |
| v. | |
| FOSTER POULTRY FARMS, A California Corporation, | |
| Defendant. | TRIAL DATE: JULY 14, 2011<br>TIME: 9:00AM<br>COURTROOM 3<br>HONORABLE OLIVER WANGER |

Plaintiff Maria Escriba and Defendant Foster Poultry Farms submit the following Joint Stipulation and Proposed Order to request that, upon the parties' agreement shown herein, the

Court enter its Order in the proposed form set forth below.  The purpose of this Stipulation and Proposed Order is to allow the parties to modify the JOINT EXHIBIT LIST of trial exhibits to add one additional Exhibit (and to amend the FINAL PRE-TRIAL ORDER accordingly), and also to reflect the withdrawal or modification of objections to certain discovery documents and deposition designations proposed by Defendant for use at trial.

### Joint Stipulation

It is hereby stipulated between the Parties to this action, by and through their counsel of record herein, that the Court is respectfully requested to enter the Proposed Order set forth following this Stipulation, to allow certain agreed modifications to the trial documents that have been submitted by the parties, and to amend, to the extent necessary, the Court's FINAL PRE-TRIAL ORDER to allow such modifications.  The agreed modifications are set forth in the following paragraphs.

1. Plaintiff may amend its portion of the JOINT EXHIBIT LIST to add one additional exhibit, consisting of five pages and identified as "Handwritten notes of John Dias dated 1/3/08 and 1/4/07(sic)", such exhibit to be numbered Exhibit 123.  The Court's FINAL PRE-TRIAL ORDER shall be deemed amended accordingly.

2. Plaintiff withdraws her Objections and Opposition, based upon timeliness, to the designation of the Depositions of Alfonso Flores and Carla Escriba.  All other objections, foundational or substantive, to the contents of those designated deposition excerpts, are preserved.  (For reference, Plaintiff's Objections and Opposition to these depositions are set forth in the document filed in the Court Docket herein as Document 163, filed 6/23/11, in Paragraph II).

3. Plaintiff also withdraws her Objections and Opposition to the discovery documents described in paragraph I-1 ("12/14/10 Amended Response) and paragraph I-4 (11/30/10 Amended Responses) of Document 163.  With respect to this Stipulation, the Parties have agreed that non-responsive portions of such Responses, including the pro-forma objections will be redacted before use of such Responses.

4. Plaintiff has also agreed to withdraw her objection that Defendant failed to specify specific portions of the Discovery Responses set forth in paragraphs 2, 5 and 6 of Document 163, on the following condition: Defendant will specify any specific response within those identified sets of discovery that it proposes to use, but the Parties agree that Plaintiff reserves all rights to object to the specific content of any such newly specified response, and to any foundational or substantive basis on which such response might be excluded.

DATED: June   , 2011                IT IS SO STIPULATED and AGREED.

Robert E. Borton
Elizabeth Kristen
Sharon Terman
The LEGAL AID SOCIETY
  --EMPLOYMENT LAW CENTER


By: _____

   Robert E. Borton
   Attorneys for Plaintiff



Carmine R. Zarlenga
Maritoni D. Kane
MAYER BROWN, LLP


Armand George Skol
William A. Lapcevic
Arata, Swingle, Sodhi & Van Egmond


By_____
    William A. Lapcevic
    Attorneys for Defendant

ORDER

The Parties to this action having stipulated as set forth above to certain modifications of the trial-related documents in this case, and to the Amendment of the JOINT EXHIBIT LIST to add an additional Plaintiff's Exhibit and, to the extent necessary to carry out his Stipulation and Order, to the Amendment of the FINAL PRE-TRIAL ORDER, and the Parties having further stipulated to the modification or withdrawal by Plaintiff of certain specified objections to the use of Identified discovery documents, and

GOOD CAUSE APPEARING, it is hereby ORDERED that the contents of this Stipulation shall, upon signing and entry of this document, become the ORDER of the Court.

IT IS SO ORDERED.

Dated:  **July 12, 2011**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE