1  Armand George Skol, SBN 58974
   William A. Lapcevic, SBN 238893
2  **ARATA, SWINGLE, SODHI & VAN EGMOND**
   **A Professional Law Corporation**
3  912 11th Street, First Floor
   Post Office Box 3287
4  Modesto, California 95353
   Telephone: (209) 522-2211
5  Facsimile: (209) 522-2980

6  Carmine R. Zarlenga (*Pro Hac Vice*)
   **MAYER BROWN LLP**
7  1999 K Street, NW
   Washington, DC 20006
8  Telephone: (202) 263-3000
   Facsimile: (209) 263-5227
9
   Maritoni D. Kane (*Pro Hac Vice*)
10 **MAYER BROWN LLP**
   71 South Wacker Drive
11 Chicago, Illinois 60606
   Telephone: (312) 782-0600
12 Facsimile: (312) 701-7138
   **Attorneys for Defendant**
13
   **Attorneys for Defendant**
14 **Foster Poultry Farms**

15

16                    IN THE UNITED STATES DISTRICT COURT

17                   FOR THE EASTERN DISTRICT OF CALIFORNIA

18                              FRESNO DIVISION

19 | MARIA ESCRIBA,                         | Case No. 1:09-CV-01878-OWW-MJS
20 |                                        |
   |           Plaintiff,                   | ORDER ON PLAINTIFF'S
21 |                                        | POST TRIAL MOTIONS
   | vs.                                    |
22 |                                        |
   | FOSTER POULTRY FARMS,                  |
23 |  A CALIFORNIA CORPORATION,             |
24 |                                        |
   |           Defendant.                   |
25

26      THIS MATTER is before the Court on Plaintiff's Renewed Motion for Judgment as a Matter of

27 Law, Alternative Motion For New Trial, and Motion To Amend The Judgment (dkt. 221). The Court has

28 ///

reviewed both parties' briefs and, for the reasons set forth in its memorandum order filed on September 29, 2011 (dkt. 241), the Court orders as follows:

    1.    The evidence was sufficient to support the jury's verdict in all respects. Plaintiff's Rule 50 motion for judgment as a matter of law accordingly is **DENIED**.

    2.    The verdict was not against the clear weight of the evidence, and Plaintiff's evidentiary objection provides no basis for a new trial. Plaintiff's Rule 59(a) motion for a new trial accordingly is **DENIED**.

    3.    Plaintiff's Rule 59(e) motion to alter or amend the judgment to reflect that she is the prevailing party under California law solely with respect to her claim for unpaid accrued vacation time and the associated waiting time penalty is **GRANTED**.

    4.    Defendant is the prevailing party in all other respects and accordingly is entitled to recover, at minimum, costs of the suit.

IT IS SO ORDERED.

Dated: **September 30, 2011**     /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE