Armand George Skol, SBN 58974
William A. Lapcevic, SBN 238893
**ARATA, SWINGLE, SODHI & VAN EGMOND**
**A Professional Law Corporation**
912 11th Street, First Floor
Post Office Box 3287
Modesto, California 95353
Telephone: (209) 522-2211
Facsimile: (209) 522-2980

Carmine R. Zarlenga (*Pro Hac Vice*)
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (209) 263-5227

Maritoni D. Kane (*Pro Hac Vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7138
**Attorneys for Defendant**

**Attorneys for Defendant**
**Foster Poultry Farms**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARIA ESCRIBA,<br><br>Plaintiff,<br><br>vs.<br><br>FOSTER POULTRY FARMS,<br>A CALIFORNIA CORPORATION,<br><br>Defendant. | Case No. 1:09-CV-01878-OWW-MJS<br><br>ORDER ON PLAINTIFF'S<br>POST TRIAL MOTIONS |

THIS MATTER is before the Court on Plaintiff's Renewed Motion for Judgment as a Matter of Law, Alternative Motion For New Trial, and Motion To Amend The Judgment (dkt. 221). The Court has

///

reviewed both parties' briefs and, for the reasons set forth in its memorandum order filed on September 29, 2011 (dkt. 241), the Court orders as follows:

    1.    The evidence was sufficient to support the jury's verdict in all respects. Plaintiff's Rule 50 motion for judgment as a matter of law accordingly is **DENIED**.

    2.    The verdict was not against the clear weight of the evidence, and Plaintiff's evidentiary objection provides no basis for a new trial. Plaintiff's Rule 59(a) motion for a new trial accordingly is **DENIED**.

    3.    Plaintiff's Rule 59(e) motion to alter or amend the judgment to reflect that she is the prevailing party under California law solely with respect to her claim for unpaid accrued vacation time and the associated waiting time penalty is **GRANTED**.

    4.    Defendant is the prevailing party in all other respects and accordingly is entitled to recover, at minimum, costs of the suit.

IT IS SO ORDERED.

Dated: **September 30, 2011**       /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE