# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA ESCRIBA** | 1:09-cv-01878 OWW MJS |
| **Plaintiff,** | **JUDGMENT** |
| v. | |
| **FOSTER POULTRY FARMS,** | |
| **Defendant.** | |

Pursuant to the September 30, 2011 Order on Plaintiff's Post Trial Motions, Doc. 245, Judgment is entered in favor of Plaintiff and against Defendant on Plaintiff's state law claim for unpaid accrued vacation time and the associated waiting time penalty.

Judgment is entered in favor of Defendant and against Plaintiff on all other claims.

Date: October 4, 2011                    /s/ W. Kusamura
                                          Deputy Clerk